# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| v. | § § | **CRIMINAL NO. 20-MJ-2036** |
| **Daniel PEREZ,** | § § § | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Ryan Patrick, United States Attorney and Jim McAlister, Assistant United States Attorney for the Southern District of Texas and requests that **Daniel PEREZ (H/M, DOB , FBI# 773676CD2),** who is in the custody of the Sheriff in the Harris County Jail, Houston, Texas, be brought to United States District Court in the Southern District of Texas for an initial appearance on criminal charges on **the 26th day of October 2020 at 2:00 p.m**., in Houston, Texas.

The United States further represents that the Sheriff, Harris County Jail, Houston, Texas release the defendant into the custody of the United States Marshal for the Southern District of Texas or any other authorized Federal Agent, upon this Writ.

        Respectfully submitted,

        Ryan Patrick
        UNITED STATES ATTORNEY

By:   /s/ Jim McAlister
        Jim McAlister
        Assistant United States Attorney
        (713)567-9573

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § § | CRIMINAL NO. 20-MJ-2036 |
| Daniel PEREZ, | § § § § | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   Sheriff, Harris County Jail, Houston, Texas;

TO:   United States Marshal, Southern District of Texas or any other duly authorized United States Marshal:

GREETINGS:

You are commanded to have the body of **Daniel PEREZ (H/M, DOB 8/16/95, FBI# 773676CD2)** now duly committed to the custody of the Sheriff of the Harris County Jail, Houston, Texas, under safe and secure conduct before the United States District Court for the Southern District of Texas, Houston Division, 515 Rusk Avenue, Houston, Texas, on the **26th day of October at 2:00 p.m.** to appear for an initial appearance and any other necessary appearances in the above-styled and numbered case now pending against him in Federal Court.

SIGNED this the __23rd__ day of _____October_____, 2020.

_____
PETER BRAY
UNITED STATES MAGISTRATE JUDGE

2