UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| v. | § § | CRIMINAL NO. 20-MJ-2036 |
| Daniel PEREZ, | § § § § | |

TRUE COPY I CERTIFY
ATTEST: October 23, 2020
DAVID J. BRADLEY, Clerk of Court
By: _____
Deputy Clerk

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   Sheriff, Harris County Jail, Houston, Texas;

TO:   United States Marshal, Southern District of Texas or any other duly authorized United States Marshal:

GREETINGS:

You are commanded to have the body of **Daniel PEREZ (H/M, DOB _____ FBI# 773676CD2)** now duly committed to the custody of the Sheriff of the Harris County Jail, Houston, Texas, under safe and secure conduct before the United States District Court for the Southern District of Texas, Houston Division, 515 Rusk Avenue, Houston, Texas, on the **26th day of October at 2:00 p.m**. to appear for an initial appearance and any other necessary appearances in the above-styled and numbered case now pending against him in Federal Court.

SIGNED this the __23rd__ day of _____October_____, 2020.

_____
PETER BRAY
UNITED STATES MAGISTRATE JUDGE

2